**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:

Amy E Foggett                                                                CASE NO. 8:14-06630-RCT

     Debtor(s)
_____/

**REPORT OF UNCLEARED FUNDS**

    **COMES NOW** the Trustee, Angela Stathopoulos, and she does respectfully show that, pursuant to the order of distribution, she has disbursed the entire amount in the Trustee's account, and that all checks have cleared with the exception of the following:

| Claim # | Check # | Claimant / Address | Amount | Action Taken |
|---------|---------|--------------------|--------|--------------|
| Surplus | 1010 | Amy E. Foggett | $8,431.34 | Stop payment |

    That more than ninety (90) days have elapsed since the declaration and distribution of the final dividend, and after numerous attempts to reach Debtor with no response and pursuant to the provisions of 11 USC § 347, the undersigned attaches hereto checks in the amount of $8,431.34 payable to the Clerk, U.S. Bankruptcy Court, and states that the claimants entitled thereto, are as listed above, and that their addresses, as far as known, are given above.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY, that a true and correct copy of the foregoing has been sent either electronically or by U.S. mail to the U.S. Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602 this September 25, 2019.

                                                                      ANGELA STATHOPOULOS, P.A.
                                                                      39040 U.S. Hwy. 19 N.
                                                                      Tarpon Springs, FL 34689
                                                                      Telephone: 727-938-8775
                                                                      Facsimile: 727-938-8776

                                                            By:    /s/ Angela Stathopoulos
                                                                    Angela Stathopoulos, Esq.
                                                                  Florida Bar No. 136735