[Dogmuf] [Order Granting Motion for Payment Unclaimed Funds]

Dated: 9/10/20

ORDERED.

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                              Case No.
                                                    8:14-bk-06630-RCT
                                                    Chapter 7
Amy E Foggett
aka Amy E Mayo

_____Debtor*_____/

### ORDER GRANTING MOTION FOR PAYMENT OF UNCLAIMED FUNDS

THIS CASE came on for consideration without a hearing September 8, 2020 on the Motion for Payment of Unclaimed Funds (Document No. 53), by Amy E. Hahn, f/k/a Amy E. Foggett (the Motion). Having verified that the sum of $ 8,431.34 has been deposited in the Unclaimed Funds Registry of the Court, the Court finds that the Motion should be granted.

Accordingly it is

**ORDERED:**

1. The Motion is Granted.

2. After the expiration of 14 days from the date of this order, the Court's Financial Deputy shall prepare a payment voucher to be sent to the United States Treasury, for payment of the sum of $ 8,431.34 to:

Amy E. Hahn
3409 W. Ellicott St.
Tampa, FL 33614

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

The Clerk's office is directed to serve a copy of this order on interested parties.

Original to Financial Administrator